IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES PEACOCK,** | Case No. 2:17-cv-1940 GEB KJN P |
| Petitioner, | **ORDER** |
| v. | |
| **JOEL MARTINEZ, Warden,** | |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel. On November 27, 2017, respondent filed a request for extension of time to file a response to the petition. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's request (ECF No. 9) is granted; and

2. Respondent shall file a responsive pleading on or before December 27, 2017.

Dated: November 29, 2017

/peac1940.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE